# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DEUDERIT ORTIZ REYES | § |
| | §    CIVIL NO: |
| vs. | §    AU:16-CV-00976-SS |
| | § |
| SUPERIOR TECHNOLOGY SOLUTIONS, LLC, MASTEC NORTH AMERICA, INC. | § |

## ORDER RESETTING STATUS CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **STATUS CONFERENCE** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, July 12, 2018 at 02:00 PM**.

    IT IS SO ORDERED this 2nd day of July, 2018.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE